JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT AVILA,                          )   Case No. CV 13-4654 MMM(JC)
                                       )
                        Petitioner,    )   JUDGMENT
                                       )
            v.                         )
                                       )
CONNIE GIBSON, Warden,                 )
                                       )
                        Respondent.    )
_____

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.


DATED:  May 29, 2015


_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE